UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PACIFIC BELL TELEPHONE
COMPANY,

Plaintiff,

v.

ROSEBURG FOREST PRODUCTS CO,

Defendant.

Case No.  2:23-cv-02892-CKD

ORDER

**ORDER**

Having reviewed the Parties' Stipulation and finding good cause, the Court hereby GRANTS the Stipulation and ORDERS as follows:

Defendant is granted an additional 45 days of extension to respond to plaintiff's complaint, up to and including March 15, 2024.

Dated:  January 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, paci.2892

1