**HUNTON ANDREWS KURTH LLP**
Scott P. DeVries (SBN 88221)
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
Email: sdevries@huntonak.com

*Attorneys for Defendant
ROSEBURG FOREST PRODUCTS CO.*

**CROWELL & MORING LLP**
Thomas F. Koegel (SBN 125852)
tkoegel@crowell.com
Rebecca M. Suarez (SBN 284853)
rsuarez@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: +1.415.986.2800
Facsimile: +1.415.986.2827

**AT&T SERVICES, INC. LEGAL DEPT.**
Raymond P. Bolaños (SBN 142069)
430 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: +1.415.694.0640
Facsimile: +1.415.543.0418
Email: rb2659@att.com

*Attorneys for Plaintiff PACIFIC BELL
TELEPHONE COMPANY*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation,<br><br>Plaintiff,<br>v.<br>ROSEBURG FOREST PRODUCTS CO., an Oregon Corporation,<br><br>Defendant. | Case No. 2:23-cv-02892-KJM-CKD<br><br>*Assigned to The Hon. Kimberly J. Mueller*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>**[LOCAL RULE 144]** |

Pursuant to Local Rule 144, Plaintiff Pacific Bell Telephone Company ("AT&T") and Defendant Roseburg Forest Products Co. ("Roseburg") (hereinafter collectively "the Parties") hereby stipulate and agree as follows:

WHEREAS, AT&T served the Summons and Complaint in this action on Roseburg on December 12, 2023;

1   WHEREAS, Roseburg's response to AT&T's Complaint was first due January 2, 2024;

2   WHEREAS, on December 28, 2023, the Parties agreed and stipulated to extend Roseburg's

3   deadline to respond to the Complaint by 28 days (ECF No. 9);

4   WHEREAS, the Parties subsequently agreed and entered into a second stipulation to extend

5   Roseburg's deadline to respond to the Complaint by an additional 45 days (ECF No. 10), which the

6   Court ordered (ECF No. 11), making the new (and current) deadline March 15, 2024;

7   WHEREAS, the Parties again agreed and entered into a third stipulation to extend Roseburg's

8   deadline to respond to the Complaint by an additional 17 days (ECF No. 13), which the Court granted

9   via a minute order issued on March 14, 2024, making the new (and current) deadline April 1, 2024;

10  WHEREAS, the Parties, after conferring, now wish to extend Roseburg's current deadline to

11  respond to AT&T's Complaint by an additional 15 days;

12  WHEREAS, good cause exists to extend the deadline because (1) the Parties are working

13  together to resolve the dispute without incurring undue litigation expenses and consuming additional

14  resources, (2) the Parties require additional time to engage in settlement negotiations, (3) AT&T has

15  furnished certain documentation to Roseburg regarding its claimed damages and the Parties are having

16  ongoing discussions concerning the availability of certain backup documentation, and (4) permitting

17  Roseburg additional time to respond to AT&T's Complaint will help serve to accomplish this

18  objective;

19  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through

20  their respective counsel, that Roseburg may have an additional 15 days to respond to AT&T's

21  Complaint, up to and including Tuesday, April 16, 2024.

22  IT IS SO STIPULATED.

23

24

25

26

27

28

**Hunton Andrews Kurth LLP**
50 California Street, Suite 1700
San Francisco, California 94111

| | | |
|---|---|---|
| Dated: March 28, 2024 | | **HUNTON ANDREWS KURTH LLP** |
| | | By: /s/ Scott P. DeVries |
| | | Scott P. DeVries |
| | | *Attorneys for Defendant* |
| | | ROSEBURG FOREST PRODUCTS CO. |
| Dated: March 28, 2024 | | **AT&T SERVICES, INC. LEGAL DEPT.** |
| | | Raymond P. Bolaños |
| | | **CROWELL & MORING LLP** |
| | | Thomas F. Koegel |
| | | Rebecca M. Suarez |
| | | /s/ Raymond P. Bolaños |
| | | By: (as authorized on March 28, 2024) |
| | | *Attorneys for Plaintiff* |
| | | PACIFIC BELL TELEPHONE COMPANY |

### ORDER

Having reviewed the Parties' Stipulation and finding good cause, the Court hereby **grants** the Stipulation and **orders** as follows.

Roseburg is granted an additional 15 days of extension to respond to AT&T's Complaint, up to and including April 16, 2024.

IT IS SO ORDERED.

DATED: April 1, 2024.

CHIEF UNITED STATES DISTRICT JUDGE