**HUNTON ANDREWS KURTH LLP**
Scott P. DeVries (SBN 88221)
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
Email: sdevries@huntonak.com

*Attorneys for Defendant*
*ROSEBURG FOREST PRODUCTS CO.*

**CROWELL & MORING LLP**
Thomas F. Koegel (SBN 125852)
tkoegel@crowell.com
Rebecca M. Suarez (SBN 284853)
rsuarez@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: +1.415.986.2800
Facsimile: +1.415.986.2827

**AT&T SERVICES, INC. LEGAL DEPT.**
Raymond P. Bolaños (SBN 142069)
430 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: +1.415.694.0640
Facsimile: +1.415.543.0418
Email: rb2659@att.com

*Attorneys for Plaintiff PACIFIC BELL*
*TELEPHONE COMPANY*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROSEBURG FOREST PRODUCTS CO., an Oregon Corporation,<br><br>Defendant. | Case No. 2:23-cv-02892-KJM-CKD<br><br>*Assigned to The Hon. Kimberly J. Mueller*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[LOCAL RULE 144]** |

Pursuant to Local Rule 144, Plaintiff Pacific Bell Telephone Company ("AT&T") and Defendant Roseburg Forest Products Co. ("Roseburg") (hereinafter collectively "the Parties") hereby stipulate and agree as follows:

WHEREAS, AT&T served the Summons and Complaint in this action on Roseburg on December 12, 2023;

WHEREAS, Roseburg's response to AT&T's Complaint was first due January 2, 2024;

1  WHEREAS, on December 28, 2023, the Parties agreed and stipulated to extend Roseburg's
2  deadline to respond to the Complaint by 28 days (ECF No. 9);

3  WHEREAS, the Parties subsequently agreed and entered into a second stipulation to extend
4  Roseburg's deadline to respond to the Complaint by an additional 45 days (ECF No. 10), which the
5  Court ordered (ECF No. 11), making the new deadline March 15, 2024;

6  WHEREAS, the Parties again agreed and entered into a third stipulation to extend Roseburg's
7  deadline to respond to the Complaint by an additional 17 days (ECF No. 13), which the Court granted
8  via a minute order issued on March 14, 2024, making the new deadline April 1, 2024;

9  WHEREAS, the Parties again agreed and entered into a fourth stipulation to extend Roseburg's
10 deadline to respond to the Complaint by an additional 15 days (ECF No. 18), which the Court granted
11 on April 1, 2024, making the new deadline April 16, 2024;

12 WHEREAS, the Parties, after conferring, now wish to extend Roseburg's current deadline to
13 respond to AT&T's Complaint by an additional 15 days;

14 WHEREAS, good cause exists to extend the deadline because (1) the Parties are working
15 together to resolve the dispute without incurring undue litigation expenses and consuming additional
16 resources, (2) the Parties require additional time to engage in settlement negotiations, (3) AT&T has
17 furnished certain documentation to Roseburg regarding its claimed damages, and, upon request by
18 Roseburg, provided additional documentation on Wednesday, April 10, 2024, and (4) permitting
19 Roseburg additional time to respond to AT&T's Complaint will help serve to accomplish this
20 objective;

21 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through
22 their respective counsel, that Roseburg may have an additional 15 days to respond to AT&T's
23 Complaint, up to and including Wednesday, May 1, 2024.

24 IT IS SO STIPULATED.
25 / / /
26 / / /
27 / / /
28 / / /

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

Dated:  April 12, 2024                                    **HUNTON ANDREWS KURTH LLP**

By: /s/ Scott P. DeVries
Scott P. DeVries

*Attorneys for Defendant*
ROSEBURG FOREST PRODUCTS CO.

Dated:  April 12, 2024                                    **AT&T SERVICES, INC. LEGAL DEPT.**

Raymond P. Bolaños

**CROWELL & MORING LLP**

Thomas F. Koegel
Rebecca M. Suarez

         /s/ Raymond P. Bolaños
By:  (as authorized on March 28, 2024)

*Attorneys for Plaintiff*
PACIFIC BELL TELEPHONE COMPANY

### ORDER

Having reviewed the parties' stipulation and finding good cause, the court hereby **grants** the Stipulation and **orders** as follows.

Roseburg is granted an additional 15 days of extension to respond to AT&T's Complaint, up to and including May 1, 2024.

IT IS SO ORDERED.

DATED: April 16, 2024.

CHIEF UNITED STATES DISTRICT JUDGE