**HUNTON ANDREWS KURTH LLP**
Scott P. DeVries (SBN 88221)
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
Email: sdevries@huntonak.com

*Attorneys for Defendant*
*ROSEBURG FOREST PRODUCTS CO.*

**CROWELL & MORING LLP**
Thomas F. Koegel (SBN 125852)
tkoegel@crowell.com
Rebecca M. Suarez (SBN 284853)
rsuarez@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: +1.415.986.2800
Facsimile: +1.415.986.2827

**AT&T SERVICES, INC. LEGAL DEPT.**
Raymond P. Bolaños (SBN 142069)
430 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: +1.415.694.0640
Facsimile: +1.415.543.0418
Email: rb2659@att.com

*Attorneys for Plaintiff PACIFIC BELL*
*TELEPHONE COMPANY*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation,<br><br>Plaintiff,<br>v.<br>ROSEBURG FOREST PRODUCTS CO., an Oregon Corporation,<br><br>Defendant. | Case No. 2:23-cv-02892-KJM-CKD<br><br>*Assigned to The Hon. Kimberly J. Mueller*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[LOCAL RULE 144]** |

Pursuant to Local Rule 144, Plaintiff Pacific Bell Telephone Company ("AT&T") and Defendant Roseburg Forest Products Co. ("Roseburg") (hereinafter collectively "the Parties") hereby stipulate and agree as follows:

WHEREAS, AT&T served the Summons and Complaint in this action on Roseburg on December 12, 2023;

WHEREAS, Roseburg's response to AT&T's Complaint was first due January 2, 2024;

-1-   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, on December 28, 2023, the Parties agreed and stipulated to extend Roseburg's deadline to respond to the Complaint by 28 days (ECF No. 9);

WHEREAS, the Parties subsequently agreed and entered into a second stipulation to extend Roseburg's deadline to respond to the Complaint by an additional 45 days (ECF No. 10), which the Court ordered on January 26, 2024 (ECF No. 11), making the new deadline March 15, 2024;

WHEREAS, the Parties again agreed and entered into a third stipulation to extend Roseburg's deadline to respond to the Complaint by an additional 17 days (ECF No. 13), which the Court granted via a minute order issued on March 14, 2024, making the new deadline April 1, 2024;

WHEREAS, the Parties again agreed and entered into a fourth stipulation to extend Roseburg's deadline to respond to the Complaint by an additional 15 days (ECF No. 18), which the Court ordered on April 1, 2024 (ECF No. 19), making the new deadline April 16, 2024;

WHEREAS, the Parties again agreed and entered into a fifth stipulation to extend Roseburg's deadline to respond to the Complaint by an additional 15 days (ECF No. 20), which the Court ordered on April 17, 2024 (ECF No. 21), making the new deadline May 1, 2024;

WHEREAS, the Parties again agreed and entered into a sixth stipulation to extend Roseburg's deadline to respond to the Complaint by an additional 15 day (ECF No. 22), which the Court granted via a minute order issued on May 3, 2024 (ECF No. 23), making the new (and current) deadline May 16, 2004;

WHEREAS, the Parties, after conferring, now wish to extend Roseburg's current deadline to respond to AT&T's Complaint by an additional 15 days, making the new deadline May 31, 2024; and

WHEREAS, good cause exists to extend the deadline because (1) the Parties are working together to resolve the dispute without incurring undue litigation expenses and consuming additional resources, (2) the Parties require additional time to engage in settlement negotiations, (3) AT&T has furnished certain documentation to Roseburg regarding its claimed damages and then upon request, produced additional backup documentation, (4) the principals held a Zoom call on May 1, 2024 to discuss settlement and have exchanged proposals since that date, and (5) permitting Roseburg additional time to respond to AT&T's Complaint will help serve to accomplish this objective;

/ / /

**Hunton Andrews Kurth LLP**
50 California Street, Suite 1700
San Francisco, California 94111

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that Roseburg may have an additional 15 days to respond to AT&T's Complaint, up to and including Friday, May 31, 2024.

IT IS SO STIPULATED.

Dated:  May 14, 2024

**HUNTON ANDREWS KURTH LLP**

By:  /s/ Scott P. DeVries
Scott P. DeVries

*Attorneys for Defendant*
*ROSEBURG FOREST PRODUCTS CO.*

**AT&T SERVICES, INC. LEGAL DEPT.**

Raymond P. Bolaños

**CROWELL & MORING LLP**

Thomas F. Koegel
Rebecca M. Suarez

     /s/ Raymond P. Bolaños
By:  (as authorized on April 24, 2024)

*Attorneys for Plaintiff*
*PACIFIC BELL TELEPHONE COMPANY*

-3-   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**ORDER**

Having reviewed the Parties' Stipulation and finding good cause, the Court hereby GRANTS the Stipulation and ORDERS as follows.

Roseburg is granted an additional 15 days of extension to respond to AT&T's Complaint, up to and including May 31, 2024.  This is the parties' seventh stipulation to extend time.  No further extensions will be granted absent a detailed showing of extraordinary cause.

IT IS SO ORDERED.

Dated:  May 20, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE