**HUNTON ANDREWS KURTH LLP**
Scott P. DeVries (SBN 88221)
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
Email: sdevries@huntonak.com

*Attorneys for Defendant*
*ROSEBURG FOREST PRODUCTS CO.*

**CROWELL & MORING LLP**
Thomas F. Koegel (SBN 125852)
tkoegel@crowell.com
Rebecca M. Suarez (SBN 284853)
rsuarez@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: +1.415.986.2800
Facsimile: +1.415.986.2827

**AT&T SERVICES, INC. LEGAL DEPT.**
Raymond P. Bolaños (SBN 142069)
430 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: +1.415.694.0640
Facsimile: +1.415.543.0418
Email: rb2659@att.com

*Attorneys for Plaintiff PACIFIC BELL*
*TELEPHONE COMPANY*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROSEBURG FOREST PRODUCTS CO., an Oregon Corporation,<br><br>Defendant. | Case No. 2:23-cv-02892-KJM-CKD<br><br>*Assigned to The Hon. Kimberly J. Mueller*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[LOCAL RULE 144]** |

Pursuant to Local Rule 144, Plaintiff Pacific Bell Telephone Company ("AT&T") and Defendant Roseburg Forest Products Co. ("Roseburg") (hereinafter collectively "the Parties") hereby stipulate and agree as follows:

WHEREAS, AT&T served the Summons and Complaint in this action on Roseburg on December 12, 2023;

WHEREAS, Roseburg's response to AT&T's Complaint was first due January 2, 2024;

1  WHEREAS, on December 28, 2023, the Parties agreed and stipulated to extend Roseburg's
2  deadline to respond to the Complaint by 28 days (ECF No. 9);

3  WHEREAS, the Parties subsequently agreed and entered into a second stipulation to extend
4  Roseburg's deadline to respond to the Complaint by an additional 45 days (ECF No. 10), which the
5  Court ordered on January 26, 2024 (ECF No. 11), making the new deadline March 15, 2024;

6  WHEREAS, the Parties again agreed and entered into a third stipulation to extend Roseburg's
7  deadline to respond to the Complaint by an additional 17 days (ECF No. 13), which the Court granted
8  via a minute order issued on March 14, 2024, making the new deadline April 1, 2024;

9  WHEREAS, the Parties again agreed and entered into a fourth stipulation to extend Roseburg's
10  deadline to respond to the Complaint by an additional 15 days (ECF No. 18), which the Court ordered
11  on April 1, 2024 (ECF No. 19), making the new deadline April 16, 2024;

12  WHEREAS, the Parties again agreed and entered into a fifth stipulation to extend Roseburg's
13  deadline to respond to the Complaint by an additional 15 days (ECF No. 20), which the Court ordered
14  on April 17, 2024 (ECF No. 21), making the new deadline May 1, 2024;

15  WHEREAS, the Parties again agreed and entered into a sixth stipulation to extend Roseburg's
16  deadline to respond to the Complaint by an additional 15 days (ECF No. 22), which the Court granted
17  via a minute order issued on May 3, 2024 (ECF No. 23), making the new deadline May 16, 2024;

18  WHEREAS, the Parties again agreed and entered into a seventh stipulation to extend
19  Roseburg's deadline to respond to the Complaint by an additional 15 days (ECF No. 24), which the
20  Court granted via an order issued on May 20, 2024 (ECF No. 25), making the new (and current)
21  deadline May 31, 2024, cautioning that any further extensions would only be granted with a showing
22  of extraordinary cause;

23  WHEREAS, the Parties, after conferring, now wish to extend Roseburg's current deadline to
24  respond to AT&T's Complaint by an additional 14 days, making the new deadline June 14, 2024; and

25  WHEREAS, extraordinary cause exists to extend the deadline because (1) the Parties have an
26  agreement in principle to settle the action and are in the middle of memorializing the settlement
27  agreement; and (2) permitting Roseburg additional time to respond to AT&T's Complaint will help
28  serve to accomplish this objective by giving the Parties time to finalize the agreement;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that Roseburg may have an additional 14 days to respond to AT&T's Complaint, up to and including Friday, June 14, 2024.

IT IS SO STIPULATED.

Dated:  May 29, 2024

**HUNTON ANDREWS KURTH LLP**

By: /s/ Scott P. DeVries
Scott P. DeVries

*Attorneys for Defendant*
ROSEBURG FOREST PRODUCTS CO.

**AT&T SERVICES, INC. LEGAL DEPT.**

Raymond P. Bolaños

**CROWELL & MORING LLP**

Thomas F. Koegel
Rebecca M. Suarez

   /s/ Raymond P. Bolaños
By:  (as authorized on May 29, 2024)

*Attorneys for Plaintiff*
PACIFIC BELL TELEPHONE COMPANY

-3-   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**ORDER**

Given the parties' representations regarding settlement, the court finds good cause and hereby GRANTS the Stipulation and ORDERS as follows.

Roseburg is granted an additional 14 days of extension to respond to AT&T's Complaint, up to and including June 14, 2024. As previously cautioned, no further extensions will be granted absent a detailed showing of extraordinary cause.

IT IS SO ORDERED.

DATED: May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE